NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Kevin PLANKER,

        Plaintiff,

v.

Michelle RICCI,

        Defendant.

Civ. No. 07-2679

OPINION and ORDER

THOMPSON, U.S.D.J.

    This matter has come before the Court on Defendant Michelle Ricci's Motion for Summary Judgment and for Judgment on the Pleadings [Docket # 130]. It appearing to the Court that Plaintiff Kevin Planker was given an extension of time to file a response in opposition to this motion in a letter order dated October 3, 2011 [133], and it further appearing that Plaintiff has failed to file a response; therefore, the Court deems this motion unopposed.

    As such, it appearing to the Court that Plaintiff's claim for injunctive relief is not "narrowly drawn" as required by 18 U.S.C. § 3626; and it further appearing that Plaintiff has failed to exhaust his administrative remedies as required by 42 U.S.C. § 1997e(a);

    IT IS on this 2nd day of November, 2011

    ORDERED that Defendant's Motion for Summary Judgment and for Judgment on the Pleadings is GRANTED; and it is

    ORDERED that Plaintiff's claims against Defendant are DISMISSED; and it is

    ORDERED that this case is closed.

                                      */s/ Anne E. Thompson*
                                      ANNE E. THOMPSON, U.S.D.J.